00-232

REDACTED

RECEIVED

MAY 15 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RECEIVED

MAY 14 2008

U.S. District Court
Chambers of Judge David S. Doty

05/12/2008

Dear Magistrate Doty;

My name is Trina Allen [redacted]. I was sentenced to 60 months in a Federal Institution in December of 2000. I was released on December 29th of 2004, with four years supervised probation. My probation officer is Joi C. Kvern.

I am writing to you to inquire about possibly getting an early released from supervised probation, which expires on December 29th of 2008. Since being released from prison I have obtained full time employment at the Park Avenue Center in Minneapolis for the past three years. I've lived independently on my own since March 2006. I'm also currently a student at East Metro OIC in St. Paul taking a certificate course in data entry. I have significantly improved my life since being incarcerated and I actually see it as a blessing that helped me to become a better person.

I'd like to thank you in advanced for taking this into consideration.

Sincerely,

Trina Allen

SCANNED
MAY 15 2008
U.S. DISTRICT COURT MPLS